ARTHUR ZICKL, an Infant, by ANNA ZICKL, His Guardian ad Litem, Appellant, v. KATHERINE RUSSELL and GEORGE RUSSELL, Respondents. GEORGE L. ZICKL, Appellant, v. KATHERINE RUSSELL and GEORGE RUSSELL, Respondents.— The complaint was dismissed for failure to appear when the case was reached for trial. Sufficient reason for the failure to appear was not shown. The dismissal was not on the merits. The alleged cause of action arose in July, 1934. One of the defendants has died and the cause of action against him has abated. If a cause of action still remains against the surviving defendant, who was the agent of the deceased defendant, time remains to bring a new action. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

EDMUND ROLAND, Appellant, v. RALPH PASQUALITTI and Another, Respondents. — Appeal from order of Rensselaer county judge, dated April 28, 1936, and entered in Rensselaer county clerk's office, opening defendants' default on the trial of an action in Rensselaer County Court. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

GERTRUDE HANSEN and Another, as Administrators with the Will Annexed of CHRIS HANSEN, Deceased, Respondents, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant, and AUTOCAR SALES & SERVICE Co., INC., Respondent.— Defendant, Northern Insurance Company of New York, has appealed from an order of the Special Term denying its application to dismiss plaintiff's complaint for alleged unreasonable neglect to prosecute the action. The order appealed from is discretionary and the record does not indicate that the Special Term abused its discretion, and defendant has failed to show that it has been prejudiced by the delay. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

GRACE LANDON RICKEY, Respondent, v. ROBERT J. LANDON, Individually and as Executor, etc., of JUDSON S. LANDON, Deceased, as Executor, etc., of EMILY A. LANDON, Deceased, and as Administrator, etc., of WILLIAM P. LANDON, Deceased, and WILLIAM K. LANDON, Appellants, and Others, Defendants.— Appeal from the denial of the defendants' motion to dismiss the complaint in a partition action upon the ground that it does not state a cause of action. The power of sale contained in the will was not mandatory and imperative. Order unanimously affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from the service of a copy of the order to be entered hereon. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

PAUL LIGHTHALL, Respondent, v. LOUIS SIMON, Appellant. JOSEPH SISK, Respondent, v. LOUIS SIMON, Appellant.— Automobile accident. Question of fact for the jury as to whether defendant encroached upon the plaintiffs' side of the highway, and as to the amount of the verdicts. The evidence sustains the verdicts and judgments. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.